IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDE GONZALES,

        Plaintiff,

v.                                  No. CIV-14-0249 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

        Defendant.

# FINAL ORDER

        **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under Fed. R. Civ. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for Payment of Benefits, or in the Alternative, for Rehearing, With Supporting Memorandum (Doc. 15)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

        **IT IS SO ORDERED.**

        _____
        **THE HONORABLE LOURDES A. MARTÍNEZ**
        **UNITED STATES MAGISTRATE JUDGE**
        **Presiding by Consent**